**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1795**

LARRY D. REAVES,

             Plaintiff - Appellant,

        v.

CLAIM REGIONAL OFFICE, DEPARTMENT OF VETERANS AFFAIRS,

             Defendant – Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Anthony John Trenga,
District Judge. (1:11-cv-00619-AJT-TCB)

Submitted: November 15, 2011      Decided: November 17, 2011

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Larry D. Reaves, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry D. Reaves appeals the district court's order dismissing his complaint for failure to state a claim. Reaves' opening appellate brief is incoherent and fails to conform to any of the requirements of Fourth Circuit Local Rule 34(b). By failing to raise any issues for appeal, Reaves has abandoned all appellate claims. See, e.g., Edwards v. City of Goldsboro, 178 F.3d 231, 241 n.6 (4th Cir. 1999). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED